# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
Appellant,

vs.

CANDICE KATIE TOWNER,
Respondent.

No. 81514

**FILED**

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying appellant's "motion to set aside order, judgment, and/or default." Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was filed more than 30 days after service of written notice of entry of the order appealed from. *See* NRAP 4(a)(1); NRAP 26(c). The order was entered on May 15, 2020, and written notice of entry was served on May 19, 2020. The notice of appeal was not filed until July 16, 2020, well after the expiration of the 30-day time period established in NRAP 4(a). An untimely notice of appeal fails to vest jurisdiction in this court. *Healy v. Volkswagenwerk Aktiengesellschaft*, 103 nev. 329, 741 P.2d 432 (1987). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-29111

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
McFarling Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A